UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIZAUCTIONS, LLC; JARED MIZRAHI; RESTAURANT AUCTIONS.COM, LLC; and PCI AUCTION GROUP, LLC, <br><br> Plaintiffs <br> v. <br><br> RUSSELL CROSS; RONALD HART; LUIS MARTINEZ; ADAM TORRES; RODNEY FRICK; TINA CRAINE; and MEG CANFIELD, <br><br> Defendants | No. 5:17-cv-02935 |

# **O R D E R**

And now, this 22nd day of August, 2017, for the reasons set forth in the accompanying opinion issued this day, it is **ORDERED** as follows:

1. Plaintiffs' Emergency Motion to Enforce State Court Orders and to Remand, ECF No. 13, is **GRANTED IN PART** and **DENIED IN PART**.

   (a) Plaintiffs' motion to remand this case is **GRANTED**.

   (b) Plaintiffs' motion to compel Defendants to abide by the ex parte injunctions issued by the Court of Common Pleas of Lancaster County, Pennsylvania, on June 28, 2017, is **DENIED**.

2. This case is **REMANDED** to the Court of Common Pleas of Lancaster County, Pennsylvania, Docket No. 17-05844.

3. The Clerk of Court shall send a certified copy of this Order to the Prothonotary of the Court of Common Pleas of Lancaster County, Pennsylvania.

4. The Clerk of Court shall close this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge